1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

| ALI MUHAMMAD JIBRAIL SALAM SWAN, f/k/a MARCUS ANTHONY SWAN, Petitioner, v. C. PFEIFFER, Warden, Respondent. | Case No. 5:22-cv-00193-SVW (AFM) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| --- | --- |

17

18

19

20

21

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge.   Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected.   The Court accepts the findings and recommendation of the Magistrate Judge.

22

23

        IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

24

25

DATED:  December 22, 2022

26

27

28

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE