JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MUHAMMAD JIBRAIL SALAM SWAN, f/k/a MARCUS ANTHONY SWAN, <br><br> Petitioner, <br><br> v. <br><br> C. PFEIFFER, Warden, <br><br> Respondent. | Case No. 5:22-cv-00193-SVW (AFM) <br><br> **JUDGMENT** |

This matter came before the Court on the Petition of ALI MUHAMMAD JIBRAIL SALAM SWAIN, f/k/a MARCUS ANTHONY SWAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 22, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE